UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KELLY NELSON NORRIS**                                        **CIVIL ACTION**

**VERSUS**                                                              **NO. 20-2520**

**TERREBONNE PARISH CRIMINAL**                **SECTION: "F" (3)**
**JUSTICE COMPLEX**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** to his right to reassert his claims against a proper defendant in a court of appropriate jurisdiction.

New Orleans, Louisiana, this __9th__ day of ____November____, 2020.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**